*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION


ABEL REYES CONTRERAS
Plaintiff

                Case No.    3:26-cv-1477

VS.

ELEAZAR GARCIA, JR, in his official capacity as Warden of Winn Correctional Center; MELISSA HARPER, in her official capacity as Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as the acting U.S. Attorney General,

           Judge    Robert R Summerhays
Magistrate Judge    David J Ayo

Defendant


**ORDER**


IT IS ORDERED that Alexandra H. Bradley be and is hereby admitted to the bar of this Court pro hac vice on behalf of ABEL REYES CONTRERAS in the above described action.

SO ORDERED on this, the ___12th___ day of __May__, 2026.


_____
U.S. Magistrate Judge